IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISC. NO.: 2:15 MJ 122 |
| v. | (UNDER SEAL) |
| BRANDON D. GRESSETTE | |

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to seal the complaint, affidavit, arrest warrant, and any attachments accompanying the arrest warrant, the Motion to Seal and the Sealing Order.

The purpose of the Government's request is to protect the information contained within these documents, protect the interests of a minor victim, avoid premature disclosure of the investigation, guard against fugitives and better ensure the safety of agents and others, except that working copies should be made available to the United States Attorney's Office, the Federal Bureau of Investigation, and any other law enforcement agency designated by the United States Attorney's Office.

Moreover, the Government requests that defense counsel be allowed to have a copy of the complaint and affidavit subject to the following provisions. Defense counsel may allow the Defendant to review the copy of the complaint and affidavit in the presence of defense counsel. Defense counsel shall not, however, provide the Defendant copies of the complaint and affidavit.

Based on the foregoing, the Government requests that the complaint, arrest warrant, affidavit, and any attachments accompanying the arrest warrant, the Motion to Seal and the

- 2 -

Sealing Order all be filed under seal.

                          WILLIAM N. NETTLES
                          UNITED STATES ATTORNEY

                    By:  s/Dean H. Secor
                          Dean H. Secor
                          Assistant U. S. Attorney
                          151 Meeting Street, Suite 200
                          Charleston, SC 29401

Charleston, South Carolina
October 22, 2015