IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:15-cr-799 |
| | ) | |
| vs. | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(d) |
| BRANDON D. GRESSETTE, | ) | 18 U.S.C. § 2251(e) |
| a.k.a. "samisbae," | ) | 18 U.S.C. § 2252(a)(2) |
| MICHAEL P. AUGUSTIN, a.k.a. "Rand," | ) | 18 U.S.C. § 2252(b)(1) |
| DEJAN BECOVIC, a.k.a. "DryAids," | ) | 18 U.S.C. § 2252A(a)(5)(b) |
| Redacted | ) | 18 U.S.C. § 2252A(b)(2) |
| SEAN ELLIS, a.k.a. "Jeffery," | ) | 18 U.S.C. § 2422(b) |
| a.k.a. "JefferyLaptop," | ) | 18 U.S.C. § 2253(a) |
| STEVEN M. FOX, a.k.a. "Steam", | ) | 28 U.S.C. § 2461(c) |
| JAMES T. GERSKY, a.k.a. "Hesh," | ) | |
| JAY NELSON, a.k.a. "scallywag," | ) | |
| a.k.a. "squirtle," | ) | Redacted |
| | ) | SUPERSEDING INDICTMENT |

COUNT ONE
(Conspiracy to Advertise Child Pornography)

THE GRAND JURY CHARGES:

From on or about July 1, 2014 until on or about April 23, 2015, in the District of South Carolina, and elsewhere, the defendants,

BRANDON D. GRESSETTE,
a.k.a. "samisbae,"
MICHAEL P. AUGUSTIN, a.k.a. "Rand,"
DEJAN BECOVIC, a.k.a. "DryAids,"
Redacted
SEAN ELLIS, a.k.a. "Jeffery," a.k.a. "JefferyLaptop,"

1

      STEVEN M. FOX, a.k.a. "Steam",
      JAMES T. GERSKY, a.k.a. "Hesh,"
   JAY NELSON, a.k.a. "scallywag," a.k.a. "squirtle,"

did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly publish a notice and advertisement seeking and offering to receive, exchange, produce, display, and distribute a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, and which depiction was of such conduct and such notice was transported using any means and facility of interstate and foreign commerce.

  All in violation of Title 18, United States Code, Sections 2251(d) and 2251(e).

COUNT TWO<br>(Conspiracy to Produce Child Pornography)

THE GRAND JURY FURTHER CHARGES:

  From on or about July 1, 2014 until on or about April 23, 2015, in the District of South Carolina, and elsewhere, the defendants,

      BRANDON D. GRESSETTE,
       a.k.a. "samisbae,"
    MICHAEL P. AUGUSTIN, a.k.a. "Rand,"
    DEJAN BECOVIC, a.k.a. "DryAids,"
   [REDACTED]
  SEAN ELLIS, a.k.a. "Jeffery," a.k.a. "JefferyLaptop,"
    STEVEN M. FOX, a.k.a. "Steam",
    JAMES T. GERSKY, a.k.a. "Hesh,"
  JAY NELSON, a.k.a. "scallywag," a.k.a. "squirtle,"

did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice and coerce a minor to engage in

sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE
(Conspiracy to Receive and Distribute Child Pornography)

THE GRAND JURY FURTHER CHARGES:

From on or about July 1, 2014 until on or about April 23, 2015, in the District of South Carolina, and elsewhere, the defendants,

> BRANDON D. GRESSETTE,
> a.k.a. "samisbae,"
> MICHAEL P. AUGUSTIN, a.k.a. "Rand,"
> DEJAN BECOVIC, a.k.a. "DryAids,"
> [REDACTED]
> SEAN ELLIS, a.k.a. "Jeffery," a.k.a. "JefferyLaptop,"
> STEVEN M. FOX, a.k.a. "Steam",
> JAMES T. GERSKY, a.k.a. "Hesh,"
> JAY NELSON, a.k.a. "scallywag," a.k.a. "squirtle,"

did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly receive and distribute any visual depiction using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

3

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT FOUR
(Production of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That from in or about May 2015 through in or about July 2015, in the District of South Carolina, the defendant, BRANDON D. GRESSETTE, a.k.a. "samisbae," did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely M.F.V. #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FIVE
(Production of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

That from in or about March 2015 through in or about August 2015, in the District of South Carolina, the defendant, BRANDON D. GRESSETTE, a.k.a. "samisbae," did knowingly employ, use, persuade, induce, entice, and coerce a prepubescent minor, namely P.M.M.V. #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by

computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT SIX
(Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity)

THE GRAND JURY FURTHER CHARGES:

That from in or about May 2015 through in or about July 2015, in the District of South Carolina, the defendant, BRANDON D. GRESSETTE, a.k.a. "samisbae," did use a facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years, namely M.F.V. #1, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT SEVEN
(Possession of Child Pornography Involving a Prepubescent Minor)

THE GRAND JURY FURTHER CHARGES:

That on or about October 15, 2015, in the District of South Carolina, the defendant, BRANDON D. GRESSETTE, a.k.a. "samisbae," did knowingly possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor, namely P.M.M.V. #1, that had been mailed, shipped and

transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

The allegations contained in Count(s) 1-5 and 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

The Grand Jury further finds probable cause that:

Upon conviction of any offense in violation of Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, the defendant(s), BRANDON D. GRESSETTE, a.k.a. "samisbae," MICHAEL P. AUGUSTIN, a.k.a. "Rand," DEJAN BECOVIC, a.k.a. "DryAids," ████████████████████████ SEAN ELLIS, a.k.a. "Jeffery," a.k.a. "JefferyLaptop," STEVEN M. FOX, a.k.a. "Steam", JAMES T. GERSKY, a.k.a. "Hesh," JAY NELSON, a.k.a. "scallywag," a.k.a. "squirtle," shall forfeit to the United States:

   a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110, pursuant to 18 U.S.C. § 2253(a)(1);

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s), pursuant to 18 U.S.C. § 2253(a)(2); and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s), or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

        1. The property to be forfeited to the United States includes, but is not limited to, the following:

           a. <u>Money Judgment</u>

An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offense(s) or is traceable to such property, or was used or intended to be used to commit or to promote the commission of such offense(s) or is traceable to such property.

           b. <u>All Computer(s) and/or Electronic Equipment used or intended to be used to commit or to promote the commission of such offense(s).</u>

           c. <u>Real Property</u>

500 Cherokee Drive, Summerville, South Carolina 29483

2600 Newgate Ct. Fort Collins, Colorado 80525

4263 West Del Circle, West Valley City, Utah 84120

[REDACTED]

3104 Clumet Circle NW, Kennesaw, Georgia 30152

6620 Washington Blvd, Lot 8, Elkridge, Maryland 21075

356 Quimby Street NE, Apt Up (Apt. 2), Grand Rapids, Michigan 49505

3327 Idlewood Avenue, Richmond, Virginia 23221

        2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

           a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of any other property of the defendant(s) up to the value of the above-described forfeitable property, as substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A \_\_\_\_True_____BILL

_____
BETH DRAKE (DHS)
ACTING UNITED STATES ATTORNEY